# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JUN 28 2021 AM 8:25
FILED - USDC - DCT - 0

Tammie Cobb,
Plaintiff,

v.

State of New Hampshire Hospital
Defendant(s).

Case No. 3:21 cv 854 (JAM)
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 354 Wheelers Farms R.D. Milford Connecticut, 06461

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 36 Clinton Street. Concord New Hampshire 03301

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☑ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). ~~Id.~~

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): ____

(B) ☑ Termination of my employment. I was terminated from my employment on the following date: _04/6/2018_.

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): ____.

(D) ☑ Other acts as specified below: ~~[scribbled]~~ Failed to accomodate, as I was one week from becoming a Certified Mental Health Worker II. Fired me. Never accommodated me to ensure I continue my employment. Failed to hire me for other positions within the State.

2

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race [ ], color [ ], religion [ ], sex [ ], age [ ], national origin [✓] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

I was in training to become a Certified Mental Health Worker II. After starting training, I recieved all paperwork, in which I had to sign and list specific information pertaining to myself. On a specific paper, I was asked of allergies known. I responded that I was allergic to Albuterol. I was sent home and fired from my position. Suffered an instant hardship.

7. The approximate number of persons who are employed by the Defendant employer I am suing is: over 500.

8. The alleged discrimination occurred on or about the following date(s) or time period: 04/06/2018 at 9:00 am.

9. I filed charges with the:

☐ Equal Employment Opportunity Commission

☑ ~~Connecticut~~ *New Hampshire* Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: 05/06/2021

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _____

_____

_____

_____

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.]:

☐ Injunctive orders (specify the type of injunctive relief sought): _____
_____;

☑ Backpay;

4

☐ Reinstatement to my former position;

☑ Monetary damages (specify the type(s) of monetary damages sought): Fair amount under the law ;

☐ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): Granted Certification as a Mental Health Worker II ;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby   DO ☑   DO NOT ☐ demand a trial by jury.

_____     _Tammie M. Cobb_____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

Printed Name and address     Tammie Cobb  354 Wheelers Farms RD,
                             Milford CT 06461

( )                          (203) 850-5261
Attorney's telephone         Plaintiff's telephone

                             Cobbt2006@yahoo.com
Email address if available   Email address if available

Dated: 6/23/21

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  _Bridgeport_  on  _6/23/21_ .
  (location)            (date)

_Tammie M Cobb_
**Plaintiff's Original Signature**

(Rev. 3/23/16)